UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON TYE MYERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:15-cv-00696-TWP-MJD |
| INDIANA DEPARTMENT OF CORRECTION, *et al.* | ) ) ) ) |
| Defendants. | ) ) |

**Entry Discussing Filing Fee, Dismissing Action and Directing Entry of Final Judgment**

The plaintiff's request to proceed *in forma pauperis* (dkt 2) is **granted.** The assessment of even an initial partial filing fee is not feasible at this time.

A lawsuit is duplicative if the "claims, parties, and available relief do not significantly differ between the two actions." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (*quoting Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F. Supp. 1210, 1213 (N.D. Ill. 1983) (*citations omitted*)). That is the case here. This civil action is identical in all material respects to *Jason T. Meyers v. Indiana Department of Correction, et al.*, 1:15-cv-471-TWP-MJD filed on March 20, 2015. The complaint submitted in this action is an excerpt of the complaint submitted in cause number 1:15-cv-471-TWP-MJD. There is no reason for duplicative lawsuits which drain scarce judicial resources. Accordingly, **this action is dismissed without prejudice**. *See Rizzo v. City of Wheaton, Ill.*, 462 Fed. Appx. 609, 613, 2011 WL 5903823, 3 (7th Cir. 2011) ("District courts have ample discretion to dismiss duplicative litigation. . . ."); *Trippe Mfg. Co. v. Am. Power*

*Conversion Corp.*, 46 F.3d 624, 629 (7th Cir.1995)("Federal district courts have the inherent power to administer their dockets so as to conserve scarce judicial resources.")

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 5/5/2015

*[signature: Tanya Walton Pratt]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JASON TYE MYERS
154417
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168